# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Sylvia Bethea,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                           3:07cv22

JoAnne B. Barnhart,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/1/08 Order.

Signed: May 22, 2008

Frank G. Johns, Clerk
United States District Court